C05,469-11

9/1/15

DEAR CLERK,

HAVE YOU RECIEVED MY MOTION YET ???

ARE YOU GOING TO RULE ON IT ???

WHAT MUST I DO TO BE HEARD?

PLEASE RESPOND.

THANK YOU KINDLY FOR YOUR TIME

PAIGE BENNER 1278531

2101 FM 369 Nth

IOWA PARK, TEXAS

76367-6568

RECEIVED IN
COURT OF CRIMINAL APPEALS
SEP 04 2015
Abel Acosta, Clerk